**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Donte Lamont JOHNSON, Defendant—**
**Appellant.**

**No. 03–50242.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 19, 2006.

Becky S. Walker, Esq., Andrew G. Brown, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

James M. Crawford, Esq., Orange, CA, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Donte Lamont Johnson appeals his 188–month sentence imposed following a guilty-plea conviction for conspiracy to possess cocaine base, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).[1] We deny appellant's motion to vacate his sentence, as he has failed to demonstrate plain error. *See id.* at 1079.

**REMANDED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

1. All outstanding motions are denied as moot.